# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHLEEN LAFFOON,<br><br>        Plaintiff,<br><br>vs.<br><br>UNUM GROUP, an Insurance Company doing business in California, KARLA RENEE LEVEQUE-LAFFOON, KEITH LAFFOON, NICHOLAS LAFFOON and ARIELLE LAFFOON, and DOES 1 through 20, inclusive,<br><br>        Defendants. | Case No.: 1:13-cv-00780-LJO-SKO<br><br>Action Filed : 03/28/2013<br><br>**ORDER GRANTING DISMISSAL OF DEFENDANT UNUM GROUP FROM THIS CASE WITH PREJUDICE**<br><br>**[FRCP 41(a)(1)]** |

# ORDER OF DISMISSAL

Pursuant to the stipulation of the parties, IT IS ORDERED that Defendant Unum Group is hereby dismissed from this case with prejudice as set forth in Federal Rule of Civil Procedure 41(a)(1).  Each party shall bear their own attorney's fees and costs.

**With dismissal of defendant Unum Group, this Court ORDERS plaintiff, no later than December 16, 2013, to take necessary action to seek remand of this action to the Stanislaus County Superior Court.**

IT IS SO ORDERED.

Dated:  **December 9, 2013**          /s/ Lawrence J. O'Neill
                                      UNITED STATES DISTRICT JUDGE