# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

KATHLEEN LAFFOON,

        Plaintiff,

   v.

UNUM GROUP, et al.,

        Defendants.

_____/

Case No.  1:13-cv-00780-LJO-SKO

**ORDER TO REMAND TO STANISLAUS COUNTY SUPERIOR COURT**

On December 9, 2013, the Court, granted the dismissal with prejudice of Defendant Unum Group ("Unum") pursuant to the stipulation of the parties.  (Doc. 9.)  With the dismissal of Unum, the Court further ordered that Plaintiff Kathleen Laffoon ("Plaintiff") "take necessary action to seek remand of this action to the Stanislaus County Superior Court" by no later than December 16, 2013.  (Doc. 9, 2:9-10 (emphasis omitted).)  Plaintiff has failed to comply with the Court's order to seek remand of this action.

Accordingly, on the basis of good cause and in the absence of this Court' subject matter jurisdiction, IT IS HEREBY ORDERED that:

    1.    This action is REMANDED to the Stanislaus County Superior Court; and

    2.    The Clerk of the Court is DIRECTED to take necessary action to remand this case to the Stanislaus County Superior Court.

IT IS SO ORDERED.

Dated:  __**December 30, 2013**__          _____**/s/ Sheila K. Oberto**_____
                                       UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28